STATE v. GODWIN

No. 492P00

Case below: 140 N.C. App. 151

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 1 February 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001.

STATE v. GROVER

No. 198A01

Case below: 142 N.C. App. 411

Motion by the Attorney General for temporary stay allowed 5 April 2001.

STATE v. GUICE

No. 33P01

Case below: 141 N.C. App. 177

Motion by the Attorney General for temporary stay allowed 18 January 2001.

STATE v. HARRIS

No. 345A92-3

Case below: Durham and Onslow County Superior Court

Motion by the Attorney General to lift stay of execution denied 18 January 2001. Petition by the Attorney General for writ of prohibition denied 18 January 2001. Petition by the Attorney General for a writ of certiorari to review the order of the Superior Court, Durham County, denied 18 January 2001. Petition by defendant for writ of certiorari to review the order of the Superior Court, Durham County, denied 18 January 2001. Petition by the Attorney General for writ of prohibition denied 19 February 2001. Petition by the Attorney General for writ of certiorari to review the order of the Superior Court, Durham County, denied 19 February 2001.